Annie L. Reilly, Respondent, v. John J. Reilly, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.

Edwin Rosebrook, Respondent, v. Westinghouse, Church, Kerr & Company, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.

Frank S. Ryno, Respondent, v. Hannah Crawford, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.

C. Olivia Sabine, Appellant, v. Maggie S. Paine, Respondent, Impleaded with Eugene F. Vacheron, Defendant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.

Catherine E. Sheridan, Suing in the Name of Emily Adams and Claudina Post, Her Grantors, Appellant, v. Charles Cardwell, Appellant.— Motion to resettle order granted, without costs. Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.

Elizabeth Sullivan, as Administratrix, etc., Respondent, v. Annie E. Franzreb, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.

John H. Voorhees and Others, Respondents, v. Harry Unger and Others, Appellants.— Motion granted, without costs. Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.

The American Slicing Machine Company, Appellant, v. Charles Neu, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that plaintiff made out a *prima facie* case of delivery under the contract. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Mary Elizabeth Banzer, Respondent, v. Charles Richter, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Samuel L. Chinman and Charles Puksansky, Respondents, v. Louis Liebross, etc., Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the testimony showing payment by the defendant to Puksansky was uncontradicted and should not have been rejected by the court. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Mary S. Cole, as Administratrix, etc., of Townsend Cole, Deceased, Respondent, v. Central New England Railway Company, Appellant.— Order setting aside verdict and granting new trial reversed, with costs, upon the ground that no errors were committed upon the trial to plaintiff's